**FILED**
May 26, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

            Plaintiff,

        v.

**IVAN HERNANDEZ**

            Defendant.

CR NO: 1:23-MJ-0058-SKO

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum    ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Ivan Hernandez |
| Detained at: | Fresno County Jail |

Detainee is:
  a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
      charging detainee with: 18 U.S.C. 1959(a)(5) – Conspiracy/Attempted Murder
  or
  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☒ return to the custody of detaining facility upon termination of proceedings
  or
  b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary May 26, 2023, at 2PM in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **May 26, 2023 at 2PM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **May 26, 2023**

/s/ Erica P. Grosjean
Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒ Male ☐ Female | |
| Booking or CDC #: | | DOB: | 12-13-1997 |
| Facility Address: | Fresno County Jail | Race: | Hispanic |
| Facility Phone: | | FBI#: | |
| Currently Incarcerated For: | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)